UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKERBOT INDUSTRIES, LLC,<br><br>                              Plaintiff,<br>     -against-<br><br>JEFFREY S. OSBORN,<br><br>                              Defendant. | **Civil Action No.:  CV 13 1457**<br><br>**AFFIRMATION OF LYNN E. JUDELL REGARDING DEFENDANT'S NON-MILITARY SERVICE** |

LYNN E. JUDELL, an attorney duly admitted to practice law in the State of New York, affirms under penalty of perjury as follows:

1. I am counsel to Shechtman Halperin Savage, LLP, attorneys for Plaintiff MakerBot Industries, LLC ("MakerBot" or "Plaintiff") in this action. I am fully familiar with all of the facts and circumstances herein.

2. I supplement the Affidavit of Service, dated April 1, 2013, and the Affirmation of Lynn E. Judell in Support of Plaintiff's Request for Certificate of Default, dated April 26, 2013 as follows:

- 2 -

3. Defendant is not presently in the in the military service of the United States as appears from facts obtained in review of Defendant's employment file and from online research.

Dated: White Plains, New York
      June 14, 2013

By: _____
Lynn E. Judell (LJ 1210)
Attorney Bar Code: 2243665
Shechtman Halperin Savage, LLP
One North Broadway, Suite 1004
White Plains, New York 10601
(914) 946-1888
*Attorneys for Plaintiff*