

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
MAKERBOT INDUSTRIES, LLC,   :   13-CV-1457 (ARR)(VVP)
    :
          Plaintiff,   :   JUDGMENT
    :
  -against-   :
    :
JEFFREU S. OSBORN,   :
    :
          Defendant.   :
    :
------------------------------------------------------------------ X

ROSS, United States District Judge:

    This action having been commenced on March 20, 2013, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Jeffrey S. Osborn, on March 29, 2013, by personal service on Daniel Matson, a person of suitable age and discretion at defendant's business address, and by mailing to defendant, and a proof of service having been filed on April 22, 2013, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and a Certificate of Default having been noted by the Clerk of Court on November 25, 2013, it is

    ORDERED, ADJUDGED, AND DECREED that plaintiff Makerbot Industries, LLC has a Judgment against defendant declaring that the February 15, 2013, Proposed Separation Agreement between plaintiff and defendant is not binding or enforceable; and it is further

    ORDERED that plaintiff shall serve defendant with a copy of this order and file proof of service with the Clerk of this Court.

SO ORDERED.

                                                      /s/(ARR)

                                              _____
                                              Allyne R. Ross
                                              United States District Judge

Dated:    January 30, 2014
             Brooklyn, New York